UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DUVAL MOTOR COMPANY,

    Plaintiff(s),

v.                                        CASE NO: 8:08-CV-2476-T-30TGW

DELL FINANCIAL, LLC, et al.,

    Defendant(s).
_____/

## ORDER

THIS CAUSE comes before the Court upon Defendants Dell Financial, LLC and Auto Save, LLC's Motion to Dismiss, or in the Alternative, to Transfer Venue (Dkt. 4) and Plaintiff's Response to Dell Financial and Auto Save's Motion to Dismiss (Dkt. 12). The Court, having considered the motion, response, and being otherwise advised on the premises finds that the motion to dismiss should be stricken. The motion is unsigned and the referenced exhibits are not attached. Additionally, Defendants Dell Financial, LLC and Auto Save, LLC failed to comply with the Order at Docket 8, requiring them to comply with this Court's local rules. Moreover, it appears that counsel for Defendants Dell Financial, LLC and Auto Save, LLC are not admitted to the Middle District of Florida and have not filed motions for admission *pro hac vice*.

Accordingly, it is ORDERED and ADJUDGED that:

1. Defendants Dell Financial, LLC and Auto Save, LLC's Motion to Dismiss, or in the Alternative, to Transfer Venue (Dkt. 4) is **STRICKEN**.

2. Counsel for Defendants Dell Financial, LLC and Auto Save, LLC have twenty (20) days from the date of this Order to file a notice of compliance with the Order at Docket 8 and comply with the local rules regarding *pro hac vice* admission.

3. Defendants Dell Financial, LLC and Auto Save, LLC have ten (10) days from the date of their notice of compliance as set forth in paragraph 2 herein to file a notice with the Court as to why a default should not be entered against them in this proceeding.

**DONE** and **ORDERED** in Tampa, Florida on June 2, 2009.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2008\08-cv-2476.mtdismiss-Dell-AutoSave.wpd